IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00146-CR

 

Jimmy Lee Wakeland,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 66th District Court

Hill County, Texas

Trial Court # 32,310

 



MEMORANDUM 
Opinion



 

          Appellant has filed a motion to dismiss
this appeal.  See McClain v. State,
17 S.W.3d 310, 311 (Tex.
App.CWaco
2000, no pet.) (per curiam).  We have not
issued a decision in this appeal. 
Appellant personally signed an “Inmate’s Declaration” attached to the
motion in which Appellant states that the motion “reflects [his] personal
decision to withdraw the appeal.”  The
Clerk of this Court has sent a duplicate copy to the trial court clerk.  See Tex. R. App. P. 42.2(a).  Accordingly, the appeal is dismissed.

PER
CURIAM

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal dismissed

Opinion delivered and filed May 11, 2005

Do not publish

[CR25]